UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:05-CR-57 |
| V. | ) | (VARLAN/SHIRLEY) |
| | ) | |
| RICHARD K. ROBINSON | ) | |

## ORDER

The Court finds after review of the defendant's Financial Affidavit and defendant's answers to the court's questions, that defendant **, Richard K. Robinson,** does not have the funds to retain an attorney of his choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is **ORDERED** the following counsel will be appointed to represent the defendant.

>**Russell T. Greene**
>**905 Locust Street**
>**Knoxville, TN 37902**
>**Telephone: (865) 329-9974**
>**FAX:   (865) 523-4623**

>**ENTER:**


>      s/ H. Bruce Guyton
>United States Magistrate Judge